UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.14-cv-62269-JIC

KEN LANG,

Plaintiff,

v.

STELLAR RECOVERY, INC.,

    Defendant.

_____/

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

    Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and having amicably resolved all matters in controversy, the parties jointly stipulate to a Dismissal with Prejudice of this action with each party to bear its own attorney's fees and costs except as otherwise agreed by the parties.

| | |
|---|---|
| Lawrence D. Felder, PA<br>Attorney for Plaintiff<br>1840 SE 1st Avenue<br>Fort Lauderdale, Florida  33316<br>Telephone: (954) 524-8808<br>Facsimile: (954) 525-6198<br><br>/s/ Lawrence D. Felder<br>FL Bar No.204498 | Benjamin N. Hutnick \| Associate Attorney<br>Berman & Rabin P.A.<br>15280 Metcalf \| Overland Park, KS 66223<br>bhutnick@bermanrabin.com<br>Phone: (913) 649-1555<br>Direct Phone: (913) 777-7117<br>Fax: (913) 652-9474<br><br>/s/ Benjamin N. Hutnick<br>KS Bar No. |

Via Notices of Electronic Filing generated by CM/ECF

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 14-cv-62228-WPD

KEN LANG,

        Plaintiff,

v.

STELLAR RECOVERY, INC.,

        Defendant.

_____/

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on December 17, 2014, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

        /s/ Lawrence D. Felder, Esq.
        Florida Bar No. 204498

| | |
|---|---|
| Lawrence D. Felder, PA | Benjamin N. Hutnick \| Associate |
| Attorney for Plaintiff | Attorney |
| 1840 SE 1st Avenue | Berman & Rabin P.A. |
| Fort Lauderdale, Florida  33316 | 15280 Metcalf \| Overland Park, KS |
| Telephone: (954) 524-8808 | 66223 |
| Facsimile: (954) 525-6198 | bhutnick@bermanrabin.com |
| | Phone: (913) 649-1555 |
| | Direct Phone: (913) 777-7117 |
| | Fax: (913) 652-9474 |

Via Notices of Electronic Filing generated by CM/ECF